IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07- 04 |
| | ) | |
| VANIVAN DEON FULLER | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Vanivan Deon Fuller, as a result of the Indictment returned against him on January 9, 2007

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Dated: January 9, 2007

AND NOW, this 10 day of January, 2007, upon the foregoing Motion,

**IT IS ORDERED** that a warrant issue for the arrest and apprehension of Vanivan Deon Fuller.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JAN 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE