IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | **FILED UNDER SEAL** |
| v. | : | Criminal Action No. 07-04 |
| VANIVAN DEON FULLER, | : | |
| Defendant. | : | |

### MOTION AND ORDER TO PARTIALLY UNSEAL INDICTMENT

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney, and hereby moves this Honorable Court to partially unseal the Indictment in this case so that it may be provided to law enforcement and prosecutors in the Southern District of Texas, and elsewhere, for use in the apprehension and court proceedings for this defendant.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: February 8, 2007

**AND NOW** this 9th day of February, 2007, based upon the foregoing Motion, **IT IS ORDERED** that the Indictment in this case is partially unsealed and may be provided as necessary to appropriate persons for use in the apprehension and court proceedings of the defendant in the Southern District of Texas, or elsewhere.

FILED
FEB 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware