IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
Plaintiff, :
:
v. : Criminal Action No. 07-04
:
VANIVAN DEON FULLER, :
:
Defendant. :

**MOTION AND ORDER TO UNSEAL**

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the Indictment and related file in this case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: October 22, 2007

AND NOW this ___ day of October, 2007, based upon the foregoing Motion, **IT IS ORDERED** that the Indictment and related file in this case be unsealed.

_____
Honorable Leonard P. Stark
United States Magistrate Judge
District of Delaware

FILED
OCT 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE