

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-04 |
| VANIVAN DEON FULLER, | : | |
| Defendant. | : | |

### MOTION FOR REVOCATION OF RELEASE ORDER

COMES NOW, the United States of America by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and pursuant to 18 U.S.C. § 3145(a)(1) moves for revocation of the release Order issued on October 19, 2007, by the Honorable Stephen W. Smith, United States Magistrate Judge for the Southern District of Texas. A copy of the release order is attached hereto as Exhibit A.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney



BY: _____
Douglas E. McCann
Assistant United States Attorney
1007 Orange Street, #700
P.O. Box 2046
Wilmington, DE 19899-2046

Dated: October 23, 2007

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-04 |
| VANIVAN DEON FULLER, | : |
| Defendant. | : |

## ORDER

WHEREAS, the Honorable Stephen W. Smith, United States Magistrate Judge for the Southern District of Texas, entered an Order on October 19, 2007, releasing the defendant on bail; and

WHEREAS, on October 23, 2007, the Government moved for revocation of that Order;

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that a hearing on the Government's motion will be scheduled by the Court.


_____
United States District Judge

# SEALED DOCUMENT