AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
VANIVAN DEON FULLER

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 07-04-UNA JJF

HOUSTON, TX 77048

REDACTED

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Courtroom #6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, United States Magistrate Judge | NOVEMBER 1, 2007 AT 1:00 PM |

** Please report to the U.S. Marshal's in Rm #100 by 12:00 PM

To answer a(n)
X  Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __21__ United States Code, Section(s) __846__

Brief description of offense:

CONSPIRACY TO DISTRIBUTE MORE THAN 5 KILOGRAMS OF COCAINE - ( COUNT I );
MONEY LAUNDERING - ( COUNT II & III )

BY: /s/ signature; Deputy Clerk            OCTOBER 22, 2007 at Wilmington, DE
Signature of Issuing Officer                Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer



FILED
NOV 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: cert mail

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  11-1-07             DW Thomas
          Date                 Name of United States Marshal

                               _____
                               (by) Deputy United States Marshal

Remarks:

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website
OFFICIAL

Postage $
Certified Fee
Return Reciept Fee
(Endorsement Required)
Restricted Delivery
(Endorsement Required)

Vanivan Deon Fuller
Houston, TX 77048
1923

7004 1160 0006 7939 9682

PS Form 3800 June 2002    See Reverse for Instructions

[1] As to who may serve a summons, see Rule ...