AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

UNITED STATES OF AMERICA

V.

VANIVEN DEON FULLER

**EXHIBIT AND WITNESS LIST**

Case Number: 07cr 004-1 JJF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| FARNAN | Doug McCann, Esq. | Robert Turner, Esq. & C. Butler, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/1/2007 | Len Dibbs | Debbie Krett |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/1/2007 | X | X | Photo of Fuller with Torrence and Shepherd |
| 2 | | 11/1/2007 | X | X | copy of FED EX Airbill dated 7/25/05 |
| 3 | | 11/1/2007 | X | X | copy of FED EX Airbill dated 1/12/06 |
| 4 | | 11/1/2007 | X | X | Pedigree for Fuller from USMC SDTX dated 10/12/07 |
| 5 | | 11/1/2007 | X | X | copy of business card found on Fuller with FED EX account no. 1381-6255-9 |
| 6a | | 11/1/2007 | X | X | copy of four business cards found in Fuller's possession |
| 6b | | 11/1/2007 | X | X | copy of 8 business cards and ID found in Fuller's possession |
| 6c | | 11/1/2007 | X | X | copy of business card found on Fuller with address and FED EX account no. 1381-6255-9 |
| 6d | | 11/1/2007 | X | X | copy of two business cards found in Fuller's possession |
| 6e | | 11/1/2007 | X | X | copy of eight business cards found in Fuller's possession |
| 6f | | 11/1/2007 | X | X | copy of ID and phone #'s found on Fuller and business card of Chris Flood, Esq. |
| 6 | | 11/1/2007 | X | X | copies of void check, credit card, Ins. card, Sams Club card, receipt for gas found on Fuller |
| 6h | | 11/1/2007 | X | X | copies of TX DL of T. Davis and various credit cards found on Fuller |
| 6i | | 11/1/2007 | X | X | copies of TX DL of E. Moore and various business cards |
| 7 | | 11/1/2007 | X | X | copy of FED EX Airbill dated 8/3/05 |
| 8 | | 11/1/2007 | X | X | copy of FED EX Airbill dated 5/11/05 with FED EX acct. no. 1381-6255-9 |
| 9 | | 11/1/2007 | X | X | 2 cd's recordings of TX hrg. before Judge Smith |
| CT 1 | | 11/1/2007 | X | X | Pretrial Svc Report from TX. (Court Exhibit) |

FILED
NOV 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___1___ Pages