IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
v. : Criminal Action No. 07-004 JJF
:
VANIVAN DEON FULLER, :
:
    Defendant. :

### O R D E R

WHEREAS, the Court held an Initial Appearance, Arraignment and Bail Review on November 1, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant's Bail is revoked and Defendant shall be detained pending trial.

2. Any Pretrial Motions shall be filed no later than December 21, 2007.

3. The time between November 1, 2007 and December 21, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

November 7, 2007       _/s/ Joseph J. Farnan_
  DATE                               UNITED STATES DISTRICT JUDGE



FILED
NOV 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE