# Robert G. Turner
ATTORNEY AT LAW
3714 AUDUBON PLACE
HOUSTON, TEXAS 77006
www.robertturnerlaw.com

TELEPHONE (713) 526-9575

FAX (713) 524-2672

November 6, 2007

Clerk
U.S. District Court for the District of Delaware
ATTN: ECF Registration
Room 4209, Lockbox 18
844 N. King Street
Wilmington, DE 19801

RE: Electronic Noticing Registration Form
United States of America
Vs.
Vanivan Deon Fuller
CR 07-04

To whom it may concern,

Enclosed please find executed "Electronic Noticing Registration Form", to be filed in order that I may receive system-generated notices of e-filings.

I have been notified by your office that the $25.00 Pro Hac Vice fee or motion is not required in criminal cases.

Should you have any questions regarding said enclosure or if I need to file any other documentation, please do not hesitate to contact my office.

Yours truly,

/s/ Robert Turner
by permission
L. Bradford

ROBERT G. TURNER

RGT/rb
enclosure

FILED
NOV 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE