AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

VANIVAN DEON FULLER

**WARRANT FOR ARREST**

Case Number: CR 07-04-UNA JJF

SEALED / UNSEALED.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     VANIVAN DEON FULLER
                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

CONSPIRACY TO DISTRIBUTE MORE THAN FIVE KILOGRAMS OF COCAINE - ( COUNT I );
MONEY LAUNDERING - ( COUNTS II & III )

in violation of Title    21    United States Code, Section(s)    846 in violation of 21:841(a)(1) and (b)(1)(A)

PETER T. DALLEO                          BY: _____ ; DEPUTY CLERK
Name of Issuing Officer                                    Signature of Issuing Officer

CLERK OF COURT                                JANUARY 10, 2007 at WILMINGTON, DE
Title of Issuing Officer                                        Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Houston, TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-10-07 | for William David Dusan | William Dus |
| DATE OF ARREST | | |
| 10/12/07 | | |