IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 07-04 |
| | § | |
| **VANIVAN DEON FULLER** | § | |

**UNOPPOSED MOTION TO EXTEND TIME
FOR FILING MOTIONS AND MEMORANDUMS**

TO THE HONORABLE JOSEPH J. FARNAN, JR., UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF DELAWARE:

Pursuant to the Court's order to file motions on or before December 21, 2007, the Defendant

is requesting an extension of 30 days until January 20, 2008.

The undersigned has conferred with Assistant United States Attorney Douglas McCann and

he does not oppose this motion.

SIGNED:  /s/ Robert G. Turner

ROBERT G. TURNER, Bar I.D. # 3313
Texas State Bar No. 20328500
3714 Audubon Place
Houston, Texas 77006
(713) 526-9575
(713) 524-2672 (Fax)

CHARLES E. BUTLER, Bar I.D. # 2349
1224 King Street
Wilmington, DE 19801
(302) 655-4100

Attorneys for: VANIVAN DEON FULLER

Date:  December 11, 2007

1

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing instrument has been delivered via electronic mail from the Clerk of the Court to Mr. Douglas McCann, Assistant United States Attorney, on this the __11th__ day of _December_, 2007.


_/s/ Robert G. Turner_____
ROBERT G. TURNER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 07-04 |
| | § | |
| **VANIVAN DEON FULLER** | § | |

## ORDER GRANTING MOTION TO EXTEND TIME
## FOR FILING MOTIONS AND MEMORANDUMS

Came on to be heard Defendant VANIVAN DEON FULLER'S Motion to Extend Time for

Filing Motions and Memorandums, and after the Court having considered the same is of the opinion

that said Motion should be and is hereby GRANTED, and Defendant has 30 days from December

21, 2007, or until January 20, 2007, to file motions in this cause.  The Court further finds that the

interest of justice served by taking this action outweighs the best interest of the public and the

Defendant in a speedy trial, and further finds that such period shall be excluded from the time within

which the Defendant must be brought to trial under the Speedy Trial Act pursuant to Title 18, United

States Code, Section 3161(h)(8).


_____
UNITED STATES DISTRICT JUDGE

SIGNED this the \_\_\_ day of _____, 2007.