# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Cr. A. No. 07-04-JJF |
| | : | |
| VANIVEN DION FULLER, | : | |
| | : | |
| Defendant. | : | |

### ENTRY OF APPEARANCE

**PLEASE** enter in the appearance of Ilana Eisenstein, Assistant United States Attorney for the District of Delaware, as co-counsel of record for the government in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana Eisenstein
Assistant United States Attorney

Dated: January 14, 2008