IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 07-04 |
| | § | |
| **VANIVAN DEON FULLER** | § | |

## SECOND UNOPPOSED MOTION TO EXTEND TIME
## FOR FILING MOTIONS AND MEMORANDUMS

TO THE HONORABLE JOSEPH J. FARNAN, JR., UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF DELAWARE:

Pursuant to the Court's order to file motions on or before January 20, 2008, the Defendant is requesting a second extension of 60 days until March 20, 2008.

The undersigned has conferred with Assistant United States Attorney Douglas McCann and Ilana H. Eisenstein and they do not oppose this motion.

    SIGNED:  /s/ Robert G. Turner

    ROBERT G. TURNER, Bar I.D. # 3313
    Texas State Bar No. 20328500
    3714 Audubon Place
    Houston, Texas 77006
    (713) 526-9575
    (713) 524-2672 (Fax)

    Attorneys for: VANIVAN DEON FULLER

    Date:  January 22, 2008

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing instrument has been delivered via electronic mail from the Clerk of the Court to Mr. Douglas McCann and to Ms. Ilana H. Eisenstein, Assistant United States Attorneys, on this the __22nd__ day of __January__, 2008.

    /s/ Robert G. Turner
ROBERT G. TURNER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 07-04 |
| | § | |
| **VANIVAN DEON FULLER** | § | |

### ORDER GRANTING SECOND MOTION TO EXTEND TIME
### FOR FILING MOTIONS AND MEMORANDUMS

Came on to be heard Defendant VANIVAN DEON FULLER'S Second Motion to Extend Time for Filing Motions and Memorandums, and after the Court having considered the same is of the opinion that said Motion should be and is hereby GRANTED, and Defendant has 60 days from January 20, 2008, or until March 20, 2008, to file motions in this cause. The Court further finds that the interest of justice served by taking this action outweighs the best interest of the public and the Defendant in a speedy trial, and further finds that such period shall be excluded from the time within which the Defendant must be brought to trial under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
UNITED STATES DISTRICT JUDGE

SIGNED this the ___ day of _____, 2008.