IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 07-04 |
| | § | |
| **VANIVAN DEON FULLER** | § | |

**ORDER GRANTING SECOND MOTION TO EXTEND TIME
FOR FILING MOTIONS AND MEMORANDUMS**

Came on to be heard Defendant VANIVAN DEON FULLER'S Second Motion to Extend Time for Filing Motions and Memorandums, and after the Court having considered the same is of the opinion that said Motion should be and is hereby GRANTED, and Defendant has 60 days from January 20, 2008, or until March 20, 2008, to file motions in this cause. The Court further finds that the interest of justice served by taking this action outweighs the best interest of the public and the Defendant in a speedy trial, and further finds that such period shall be excluded from the time within which the Defendant must be brought to trial under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(8).

UNITED STATES DISTRICT JUDGE

SIGNED this the 5 day of March, 2008.

FILED
MAR 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE