IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 07-04 |
| **VANIVAN DEON FULLER** | | |

### MOTION FOR THE GOVERNMENT TO GIVE NOTICE OF ITS INTENTION TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR BAD ACTS UNDER FED. R. EVID. 404(b)

TO THE HONORABLE JOSEPH J. FARNAN, JR., UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF DELAWARE:

COMES NOW VANIVAN DEON FULLER, Defendant, by and through his attorney of record, ROBERT G. TURNER, and moves this Court to order the government to provide him with notice of its intention to use evidence of "other crimes, wrongs or acts" of the Defendants, as that phrase is used in Fed. R. Evid. 404(b), and of the general nature of any such evidence it intends to introduce at trial.

The undersigned has attempted to confer with Assistant United States Attorney Ilana H. Eisenstein by telephone on March 20, 2008 but was unable to speak with her.

SIGNED:  /s/ Robert G. Turner

ROBERT G. TURNER, Bar I.D. # 3313
Texas State Bar No. 20328500
3714 Audubon Place
Houston, Texas 77006
(713) 526-9575
(713) 524-2672 (Fax)

Attorney for: VANIVAN DEON FULLER

Date:  March 20, 2008

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing Motion for the Government to Give Notice of its Intention to Use Evidence of Other Crimes, Wrongs or Bad Acts Under Fed. R. Evid. 404(b) has been delivered via electronic mail from the Clerk of the Court to Mr. Douglas McCann/Ms. Ilana H. Eisenstein, Assistant United States Attorney, on this the 20th day of March, 2008.

    /s/ Robert G. Turner
ROBERT G. TURNER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 07-04 |
| **VANIVAN DEON FULLER** | § | |

# **O R D E R**

On this day came on to be heard Defendant's Motion for Government to Give Notice of Its Intention to Use Evidence of Other Crimes, Wrongs or Bad Acts Under Fed. R. Evid. 404(b), and the Court having considered the same, it is hereby GRANTED/DENIED.

SIGNED and ENTERED this the ____ day of _____ 2008.

_____
UNITED STATES DISTRICT JUDGE