IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-004 JJF |
| VANIVAN DEON FULLER, | : | |
| Defendant. | : | |

**MEMORANDUM ORDER**

    Pending before the Court is Defendant's Motion For Leave To Extend Time For Filing Motions And Memorandums (D.I. 27). The present motion is the third request for an extension of time. Previous requests were joined by the Government.

    The Court will require a joint status report, which may be submitted under seal, from the Government and Defendant before ruling on the pending request for an extension of time. The joint status report shall be submitted by **Friday, April 4, 2008.**

So Ordered.

March 25, 2008
DATE

UNITED STATES DISTRICT JUDGE

FILED
MAR 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE