IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-004 JJF |
| VANIVAN DEON FULLER, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court has granted several extensions of time to file pretrial motions;

WHEREAS, several pretrial motions were filed on March 20, 2008;

WHEREAS, the Court issued an Order on March 25, 2008 requesting a Joint Status Report to be filed by April 4, 2008 (D.I. 29);

WHEREAS, to date, a Status Report has not been received;

NOW THEREFORE, IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Wednesday, May 7, 2008 at 10:15 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.



April 18, 2008
DATE

FILED
APR 1 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT JUDGE