IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-04-JJF |
| ) | |
| VANIVAN DEON FULLER, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE withdraw the appearance of Douglas E. McCann from the above-captioned case.

                                           Respectfully submitted,

                                           COLM F. CONNOLLY
                                           United States Attorney

                                         By: _____
                                           Ilana Eisenstein
                                           Assistant United States Attorneys
                                           1007 Orange Street
                                           Suite 700
                                           P.O. Box 2046
                                           Wilmington, Delaware 19899-2046
                                           (302) 573-6277

DATED: May 8, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-04-JJF |
| ) | |
| VANIVAN DEON FULLER, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Brandi C. Everett, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 8th day of May, 2008, I caused to be electronically filed a **NOTICE OF WITHDRAWAL OF APPEARANCE** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was sent via U.S. Mail to counsel of record as follows:

Robert G. Turner
Robert G. Turner, Esq.
3714 Audubon Place
Houston, TX 77006

/s/Brandi C. Everett
Brandi C. Everett
Legal Assistant