IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-004 JJF |
| VANIVAN DEON FULLER, | : |
| Defendant. | : |

**O R D E R**

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Tuesday, July 8, 2008 at 12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

IT IS FURTHER ORDERED that the time between the date of this order and July 8, 2008, shall be excludable under the Speedy Trial Act in the interest of justice (18 U.S.C. §3161 et seq.)

June 11, 2008
      DATE

UNITED STATES DISTRICT JUDGE