## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| vs. | : |
| | : Criminal Action No.: 07-04-JJF |
| | : |
| VANIVEN D. FULLER, | : |
| | : |
| Defendant. | : |

### ENTRY OF APPEARANCE OF COUNSEL

Please enter the appearance of John P. Deckers, Esquire, as Co-Counsel on behalf of Defendant VANIVEN D. FULLER in the above-captioned matter.

        */s/ John P. Deckers*
JOHN P. DECKERS, ESQUIRE
DE Attorney I.D. No. 3085
800 N. King Street, Suite 302
Wilmington, DE 19801
(302) 656-9850

Attorney for Defendant Fuller

DATED:    July 7, 2008