IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-004 JJF |
| VANIVAN DEON FULLER, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on July 8, 2008, the Court held a Scheduling Conference in the above-captioned action;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Pretrial Conference, or in the alternative a Rule 11 Hearing will be held on **September 11, 2008 at 12:30 p.m.**

2. If needed, a Jury Trial will commence on **October 9, 2008 at 9:30 a.m.**

3. The time between July 8, 2008 and September 11, 2008 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

July 17, 2008
DATE

UNITED STATES DISTRICT JUDGE